UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NAGIB YOUSIF NAGIB,           ) | |
| ) | |
| Petitioner,           ) | |
| ) | CIVIL ACTION NO. |
| VS.           ) | |
| ) | 3:06-CV-0294-G |
| ALBERTO GONZALES, United States   ) | |
| Attorney General, ET AL.,           ) | **ECF** |
| ) | |
| Respondents.           ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court, except for the following:

1. The name "Alberton Gonzales" under the subsection entitled "<u>Parties:</u>" should be changed to "Alberto Gonzales."

**SO ORDERED**.

May 31, 2006.

```
_____
A. JOE FISH
CHIEF JUDGE
```